**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Johnathan Green, Petitioner.

Appellate Case No. 2020-001414

―――――――――

Appeal from Orangeburg County
Edgar W. Dickson, Circuit Court Judge

―――――――――

Memorandum Opinion No. 2022-MO-005
Heard March 17, 2022 – Filed April 13, 2022

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Joshua A. Edwards, both of Columbia, and First Circuit Solicitor David M. Pascoe Jr., of Orangeburg, all for Respondent.

―――――――――

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Green*, Op. No. 2020-UP-219 (S.C. Ct. App. filed July 22, 2020). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**